AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## for the

FILED
IN CLERKS OFFICE

2025 JUN 16 PM 1: 33

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| MARK HOELTZEL | ) ) ) ) ) ) ) ) ) ) ) |
| *Petitioner* | |
| v. | Case No. _____ |
| | *(Supplied by Clerk of Court)* |
| FEDERAL BUREAU OF PRISONS and WARDEN FRED BOWERS | |
| *Respondent* | |

*(name of warden or authorized person having custody of petitioner)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: **Mark Franklin Hoeltzel**

   (b) Other names you have used: **n/a**

2. Place of confinement:

   (a) Name of institution: **Devens Federal Medical Center**

   (b) Address: **P.O. Box 879**

   **Ayer, MA. 01432**

   (c) Your identification number: **56366-039**

3. Are you currently being held on orders by:

   ☒ Federal authorities     ☐ State authorities     ☐ Other - explain: _____

4. Are you currently:

   ☐ A pretrial detainee (waiting for trial on criminal charges)

   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime

   If you are currently serving a sentence, provide:

   (a) Name and location of court that sentenced you: **U.S. District Court for the Eastern District of Michigan, Detroit.**

   (b) Docket number of criminal case: **18CR20111**

   (c) Date of sentencing: **12/13/2018**

   ☐ Being held on an immigration charge

   ☐ Other *(explain)*: _____

   _____

   _____

Page 2 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5.      What are you challenging in this petition:

☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other *(explain)*: _____

_____

6.      Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court:    Federal Bureau of Prisons

(b) Docket number, case number, or opinion number: _____

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

    Refusal to apply First Step Act Time Credits.

(d) Date of the decision or action:    ongoing

## Your Earlier Challenges of the Decision or Action

7.      **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☒ Yes              ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: Warden Bowers; FMC Devens, Federal Bureau of Prisons

(2) Date of filing:   06/03/2025

(3) Docket number, case number, or opinion number:    1242798-F1

(4) Result: _____

(5) Date of result: _____

(6) Issues raised:   Failure to apply earned FSA Time Credits towards prerelease custody as required by the FSA. Requested that I be submitted for and transferred to prerelease custody pursuant to the FSA.

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____

_____

_____

(b)  If you answered "No," explain why you did not appeal: _____

_____

_____

8.     **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes                    ☐ No

(a)  If "Yes," provide:

     (1)  Name of the authority, agency, or court: _____

     _____

     (2)  Date of filing:  _____

     (3)  Docket number, case number, or opinion number:  _____

     (4)  Result:  _____

     (5)  Date of result:  _____

     (6)  Issues raised:  _____

     _____

     _____

     _____

     _____

     _____

(b)  If you answered "No," explain why you did not file a second appeal: _____

_____

_____

9.     **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes                    ☐ No

(a)  If "Yes," provide:

     (1)  Name of the authority, agency, or court: _____

     _____

     (2)  Date of filing:  _____

     (3)  Docket number, case number, or opinion number:  _____

     (4)  Result:  _____

     (5)  Date of result:  _____

     (6)  Issues raised:  _____

     _____

     _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____

    (b)  If you answered "No," explain why you did not file a third appeal: _____

_____

10.    **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

❏ Yes        ☒ No

If "Yes," answer the following:

    (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

        ❏ Yes        ❏ No

        If "Yes," provide:

        (1)  Name of court: _____

        (2)  Case number: _____

        (3)  Date of filing: _____

        (4)  Result: _____

        (5)  Date of result: _____

        (6)  Issues raised: _____

_____

_____

_____

_____

    (b)    Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

        ❏ Yes        ❏ No

        If "Yes," provide:

        (1)  Name of court: _____

        (2)  Case number: _____

        (3)  Date of filing: _____

        (4)  Result: _____

        (5)  Date of result: _____

        (6)  Issues raised: _____

_____

_____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____
_____
_____
_____

(c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your
conviction or sentence: _____

_____
_____
_____
_____
_____
_____

11.    **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes                    ☒ No

If "Yes," provide:

(a)    Date you were taken into immigration custody: _____

(b)    Date of the removal or reinstatement order: _____

(c)    Did you file an appeal with the Board of Immigration Appeals?

☐ Yes                    ☐ No

If "Yes," provide:

(1) Date of filing: _____

(2) Case number: _____

(3) Result: _____

(4) Date of result: _____

(5) Issues raised: _____

_____
_____
_____
_____
_____

(d)    Did you appeal the decision to the United States Court of Appeals?

☐ Yes                    ☐ No

If "Yes," provide:

(1) Name of court: _____

(2) Date of filing: _____

(3) Case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

_____

12.     **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes          ☒ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____

(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

_____

_____

### Grounds for Your Challenge in This Petition

13.     State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** The plain language of the FSA requires the BOP to apply earned FSA time credits toward early release to prerelease custody. Based on the mandatory language of these statutes and my nearly two years of earned FTCs, I should have been released to prerelease custody nearly a year ago. However,

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

the BOP refuses to either refer me for, or release me to prerelease custody.
See attached Brief and Exhibits for Additional facts and argument.

(b) Did you present Ground One in all appeals that were available to you?

☒ Yes          ☐ No

GROUND TWO: n/a

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?

☐ Yes          ☐ No

GROUND THREE: n/a

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes          ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** n/a

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes          ☐ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did

not:    n/a

## Request for Relief

15. State exactly what you want the court to do:    I would like the Court to: (1) Declare that the BOP has violated federal law by failing to apply my earned FTCs toward early release to prerelease custody, and (2) ORDER the BOP to release me to prerelease custody immediately.

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_06/12/25_

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:  _06/12/25_            _____
                                                  *Signature of Petitioner*

pro se
_____
*Signature of Attorney or other authorized person, if any*